MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
STEPHANIE D. BEDKER, ESQ.
Nevada Bar No. 14169
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:    (702) 363-5101
E-Mail: medwards@messner.com
E-Mail: sbedker@messner.com
*Attorneys for Defendant*
*Southern Nevada Health District*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHURO MEHRETU, an Individual, | Case No.: 2:21-cv-02004-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND EARLY NEUTRAL EVALUATION** |
| SOUTHERN NEVADA HEALTH DISTRICT, a Political Subdivision of the State of Nevada, | **(FIRST REQUEST)** |
| Defendant. | |

Pursuant to Local Rules IA 6-1 and 26-3, IT IS HEREBY STIPULATED AND AGREED by and between ARTHURO MEHRETU ("Plaintiff") and SOUTHERN NEVADA HEALTH DISTRICT ("Defendant" or "Health District") that the current deadlines contained in this Court's Order Scheduling Early Neutral Evaluation Session (ECF No. 10) be extended by two (2) months in the above referenced matter and that the deadline for a discovery plan and scheduling order be continued, pending a determination on Defendant's Motion to Compel Arbitration. This is the first stipulation to extend such deadlines.

**I.   BACKGROUND AND REASON FOR MODIFICATION**

This case arises out of alleged unlawful workplace discrimination and retaliation against Plaintiff by his former employer, the Health District. Plaintiff alleges he filed three (3) separate, unrelated reports within the Health District, which resulted in no fewer than eleven (11) purported

adverse employment actions extending over a period of five (5) years, ultimately leading to his termination on December 18, 2020. Based on such allegations, Plaintiff asserts numerous state law and federal claims against the Health District, including: (1) discrimination based on race in violation of NRS 613.330, *et seq.* and Title VII, 24 USC 2000e, *et seq.*; (2) retaliation based on race in violation of NRS 613.340 and 42 USC 2000e-3; (3) violation of the Civil Rights Act of 1871, Section 1981; (4) intentional/negligent infliction of emotional distress; and (5) wrongful termination in violation of public policy (whistleblower).

Defendant filed a Motion to Dismiss Plaintiff's Complaint on March 7, 2022 (ECF No. 8), the filing of which triggered this Court's Order Scheduling Early Neutral Evaluation Session pursuant to Local Rule 16-6 on March 10, 2022 (ECF No. 10). However, prior to any opposition being filed to the Motion to Dismiss, on March 14, 2022, Defendant withdrew its Motion to Dismiss and filed a Motion to Compel Arbitration. *See* ECF No. 11 (Motion to Compel Arbitration); ECF No. 12 (Notice of Withdrawal of Motion to Dismiss). The Motion to Compel Arbitration having been fully briefed, the parties are awaiting a ruling from the Court.

Good cause exists to extend the Early Neutral Evaluation deadlines. The Court's determination on the pending Motion to Compel Arbitration may remove this matter entirely from this Court's jurisdiction so that it may be determined by an arbitrator, in accordance with the terms of the arbitration agreement at issue. Further, given the detailed complexity of Plaintiff's factual allegations, additional time is needed to investigate the legal and factual issues whose early resolution would reduce the scope of the dispute or contribute to settlement negotiations and to assess the relative strengths and weaknesses of each of Plaintiff's claims and candidly evaluate the merits of this case.

///
///
///
///
///
///

## II.  STIPULATION

The parties respectfully request that the Court grant a two (2) month extension to the deadlines contained in its Order Scheduling Early Neutral Evaluation Session. The parties jointly seek a modification of the current deadlines as follows:

1. <u>Current Deadlines:</u>

   | | |
   |---|---|
   | ~~Initial Disclosures~~ | ~~April 25, 2022~~ |
   | Written Evaluation Statements | April 25, 2022, 4:00 p.m. |
   | Email Chambers re: Email Addresses | April 25, 2022 |
   | Early Neutral Evaluation | May 2, 2022 |

2. <u>Proposed Deadlines:</u>

   | | |
   |---|---|
   | ~~Initial Disclosures~~ | ~~June 24, 2022~~ |
   | Written Evaluation Statements | June 24, 2022, 4:00 p.m. |
   | Email Chambers re: Email Addresses | June 24, 2022 |
   | Early Neutral Evaluation | On or about July 1, 2022 |

Further, the parties agree that this stipulation does not constitute acceptance by Defendant of the Court's jurisdiction in this matter or any waiver with respect to its efforts to move this case to arbitration in accordance with the terms of the arbitration agreement. The parties acknowledge that if the Motion to Compel Arbitration is granted, the foregoing deadlines will be rendered moot.

The parties also stipulate that the deadline for submission of a discovery plan and scheduling order be continued, pending a determination on Defendant's Motion to Compel Arbitration.

///
///
///
///
///
///
///

{06293371 / 1}   3

Arturo Mehretu v. Southern Nevada Health District<br>
Case No.: 2:21-CC-02004-RFB-NJK<br>
Stipulation And [Proposed] Order to Extend<br>
Early Neutral Evaluation (First Request)

This request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 21ˢᵗ day of April, 2022      DATED this 21ˢᵗ day of April, 2022

**MESSNER REEVES LLP**      **HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Michael M. Edwards*      */s/ Jenny L. Foley*
MICHAEL M. EDWARDS, ESQ.      JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 6281      Nevada Bar No. 9017
STEPHANIE D. BEDKER, ESQ.      1785 East Sahara, Suite 300
Nevada Bar No. 14169      Las Vegas, Nevada 89104
8945 W. Russell Road, Suite 300      *Attorney for Plaintiff*
Las Vegas, Nevada 89148      *Arthuro Mehretu*
*Attorneys for Defendant*
*Southern Nevada Health District*

### ORDER

The deadlines are hereby extended and continued as stipulated by the parties, with the Early Neutral Evaluation Session to commence at 10:00 a.m. on July 6, 2022.

The confidential ENE statement and email chambers re: email addresses are due by 4:00 PM, June 25, 2022. All else as stated in ECF No. 10 remains the same.

**IT IS SO ORDERED.**

Request regarding discovery must be file separately for consideration by Judge Koppe.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-21-22

{06293371 / 1}                    4

# CERTIFICATE OF SERVICE

I certify that I am an employee of Messner Reeves LLP and that on this 21st day of April, 2022, I served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND EARLY NEUTRAL EVALUATION (FIRST REQUEST)** to all parties on file:

Jenny L. Foley, Ph.D., Esq.
HKM Employment Attorneys LLP
1785 East Sahara, Suite 300
Las Vegas, NV 89104
*Attorneys for Plaintiff*

[ ]   Hand Delivery
[ ]   FACSIMILE TRANSMISSION
[ ]   U.S. MAIL, POSTAGE PREPAID
[X]   CM/ECF E-Filing Service System
[ ]   Electronic Mail

*/s/ Lisa Thayer*
An Employee of Messner Reeves LLP

{06293371 / 1}