# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTHURO MEHRETU,

    Plaintiff,

v.

SOUTHERN NEVADA HEALTH DISTRICT,

    Defendant.

Case No. 2:21-cv-02004-CDS-NJK

**Order**

[Docket No. 30]

Pending before the Court is HKM Employment Attorneys LLP's motion to withdraw as counsel for Plaintiff Arthuro Mehretu. Mr. Mehretu may file a response to the motion no later than May 20, 2023. Plaintiff's counsel is **ORDERED** to mail and email a copy of this order to Mr. Mehretu and file a notice of compliance certifying as such to the Docket no later than May 1, 2023.

IT IS SO ORDERED.

Dated: April 27, 2023

_____
Nancy J. Koppe
United States Magistrate Judge