UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTHURO MEHRETU,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOUTHERN NEVADA HEALTH DISTRICT,<br><br>　　　　Defendant. | Case No. 2:21-cv-02004-CDS-NJK<br><br>Order<br><br>[Docket No. 30] |

Pending before the Court is HKM Employment Attorneys, LLP's motion to withdraw as counsel for Plaintiff. Docket No. 30. No response has been filed and the time to do so has now passed. *See* Docket. For good cause shown, the motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's address as identified at Docket No. 32 at 1, and to mail and email this order to Plaintiff.

Plaintiff is **ORDERED** to file a notice with the Court no later than June 21, 2023, stating whether he has retained new counsel or intends to proceed *pro se*.

IT IS SO ORDERED.

Dated: May 31, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge