# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHURO MEHRETU,<br><br>        Plaintiff,<br><br>v.<br><br>SOUTHERN NEVADA HEALTH DISTRICT,<br><br>        Defendant. | Case No. 2:21-cv-02004-CDS-NJK<br><br>**Order**<br><br>[Docket No. 34] |

On May 31, 2023, the Court granted HKM Employment Attorneys, LLP's motion to withdraw as counsel for Plaintiff. Docket No. 34. Plaintiff was ordered to file a notice with the Court stating whether he had retained new counsel or would be proceeding *pro se* no later than June 21, 2023. To date, Plaintiff has not filed the required notice with the Court. *See* Docket. Accordingly, Plaintiff is **ORDERED** to file a notice with the Court stating whether he has retained new counsel or will be proceeding *pro se* no later than August 18, 2023. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: August 4, 2023

_____
Nancy J. Koppe
United States Magistrate Judge